# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
FEB 18 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | **UNDER SEAL** |
| | ) | |
| DANA O'BRIEN KNIGHT | ) | Case No. 2:15mj 96 |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From in or about <u>October 2013</u> to on or about the date of <u>November 16, 2014</u> in the city of <u>Virginia Beach</u> in the <u>Eastern</u> District of <u>Virginia</u>, the defendant violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 1591 | To knowingly: (1) in or affecting interstate or foreign commerce, recruits, entices, harbors, transports, obtains, or maintains by any means, a person; or to (2) benefit, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

*/s/ V. Kathleen Dougherty*
V. Kathleen Dougherty
Assistant United States Attorney

☒ Continued on the attached sheet.

*Complainant's signature*

Robert V. Bishop, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/18/15

*Judge's signature*
Douglas E. Miller
United States Magistrate Judge
*Printed name and title*

City and state: Norfolk, VA