FILED
FEB 12 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR ARREST

I, Robert V. Bishop, being duly sworn, hereby depose and state that:

I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since June 2014. I am currently assigned to the Violent Crime squad in the Norfolk FBI Field Office and have served in this capacity since November 2014.

Prior to becoming a Special Agent, I worked as a Deputy Sheriff for the Orange County Sheriff's Office for 10 years. During my time with the Orange County Sheriff's Office, I was assigned to Uniform Patrol, Narcotics Investigations, and an FBI Safe Streets Task Force. Over the course of my law enforcement career, I have been the principal investigator in state and federal involving narcotics trafficking and violent gang/criminal enterprise organizations. I have also worked closely on and assisted with multiple cases involving human trafficking and crimes against children. As a result of my training and experience as a Special Agent with the FBI, I am familiar with federal laws and statutes relating to human trafficking, including Section 1591 of Title 18 of the United States Code.

This Affidavit will show probable cause to believe that from in or about October 2013 to on or about November 16, 2014, in the Eastern District of Virginia and elsewhere, DANA O'BRIEN KNIGHT has been involved in sex trafficking by use of force, fraud, or coercion and transportation for prostitution, in violation of Title 18, United States Code, Section 1591.

The facts and information contained in this affidavit are based on my personal knowledge, observations, and information conveyed to me by other law enforcement officials and witnesses; and my review of records, documents, and other physical evidence obtained during the investigation of this case. All observations referenced below that were not personally

made by me were related to me by the persons who made such observations. I have not included every fact in this investigation, only those facts necessary to establish probable cause.

I submit that there is probable cause to believe that DANA O'BRIEN KNIGHT in the Eastern District of Virginia has been involved in sex trafficking by use of force, fraud, or coercion and transportation for prostitution, in violation of Title 18, United States Code, Section 1591. During this investigation, numerous interviews have been conducted of individuals who are cooperating with law enforcement and have provided reliable information regarding prostitution activity in the Eastern District of Virginia.

## Legal Authority

Title 18, United States Code, Section 1591, in pertinent part, makes it a criminal offense for an individual to knowingly: (1) in or affecting interstate or foreign commerce, recruits, entices, harbors, transports, obtains, or maintains by any means, a person; or to (2) benefit, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act.

## Cooperating Witness #1 (CW-1)

During an interview on November 16, 2014, a cooperating witness, hereinafter referred to as CW-1, stated that he/she was being held against his/her will and forced to prostitute for KNIGHT for approximately a year, beginning in October 2013. CW-1 stated that KNIGHT was holding CW-1's social security card, as well as his/her identification, and had threatened him/her if he/she tried to leave. CW-1 stated that he/she had tried to get away from KNIGHT several times, but that KNIGHT "beat" him/her "to a bloody pulp," and put him/her in the hospital on

2

approximately four occasions. CW-1 further stated that KNIGHT had threatened to kill him/her. CW-1 stated that KNIGHT has knowledge of where CW-1's family lives and has purposefully driven CW-1 further and further away from his/her family for prostitution. CW-1 stated that KNIGHT had at least two additional individuals currently prostituting for him, but that he had had many other individuals working for him in the past. CW-1 stated that KNIGHT drove him/her to multiple states to prostitute, most recently transporting him/her to Virginia Beach, Virginia. KNIGHT paid for the hotel rooms used to host prostitution appointments and posted prostitution advertisements for CW-1's services on www.backpage.com. CW-1 stated that he/she was forced to give all his/her prostitution earnings to KNIGHT.

## Cooperating Witness #2 (CW-2)

During an interview on November 16, 2014, a cooperating witness, hereinafter referred to as CW-2, stated that he/she was brought from Ahoskie, North Carolina, to a hotel in Virginia Beach, Virginia, by KNIGHT for prostitution on or about November 13, 2014. CW-2 stated that he/she had prostituted for KNIGHT for several days, that KNIGHT set the rates/cost for theCW-2's prostitution appointments, and that CW-2 gave all his/her prostitution earnings to KNIGHT. CW-2 stated that KNIGHT had been violent with him/her, including striking his/her head and pulling his/her hair. CW-2 further stated that KNIGHT had two additional individuals prostituting for him.

## Interview with KNIGHT

KNIGHT was interviewed and, after being advised of his *Miranda* rights, stated he was in a relationship with CW-1 and that he had been prostituting him/her for almost a year in several states to include Virginia, Pennsylvania, and several other states. KNIGHT confessed to driving CW-1 and CW-2 to hotels in Virginia Beach, Virginia, to conduct prostitution appointments.

3



KNIGHT further confessed to assaulting both CW-1 and CW-2, posting prostitution advertisements for both CW-1 and CW-2, and receiving all the money from CW-1 and CW-2's prostitution appointments.

Based on the foregoing facts, training, and experience, as well as your affiant's debriefings with cooperating witnesses, your affiant believes that there is sufficient probable cause to charge DANA O'BRIEN KNIGHT with sex trafficking by use of force, fraud, or coercion and transportation for prostitution in the Eastern District of Virginia, in violation of Title 18, United States Code, Section 1591.

_____
Robert V. Bishop
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me, this 18th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
Norfolk, Virginia

Douglas E. Miller
United States Magistrate Judge