# HALLAUER LAW FIRM

## ATTORNEYS AND COUNSELORS AT LAW

5301 Providence Rd., Suite 10
Virginia Beach, VA 23464
Telephone (757) 474-0089
Facsimile (757) 474-0692
www.hallauerlaw.net

Scott F. Hallauer                                                                                                   Megan C. Wickre
                                                                                                                             Alexandra Wood

March 5, 2015

United States District Court
For the Eastern District of Virginia
Walter E. Hoffman United States Courthouse
Attn: Magistrate Courtroom Deputy
600 Granby Street
Norfolk, VA 23510

       Re:    United States of America v. Dana Knight
                2:15MJ96

Dear Clerk of Court:

      I have been retained to represent the Defendant in the above referenced matter. Please mark me as counsel of record. I understand this has been set for a Detention Review on Tuesday, March 10, 2015 at 2:30pm. If you have any questions or need additional information please contact my office.

                                                     Sincerely,

                                                      S/

                                                  Scott F. Hallauer

SFH/joh

CC:    Dana Knight